**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>Eastern District of Missouri | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Moore Jaguar/Aston Martin, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Moore Jaguar** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4349405** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**14116 Manchester Road**<br>**Ballwin, MO**<br>ZIP Code **63011** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Saint Louis** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Moore Jaguar/Aston Martin, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X**_____ <br>     Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Moore Jaguar/Aston Martin, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Steven Goldstein ARN**
Signature of Attorney for Debtor(s)

**Steven Goldstein ARN 24807MO & MBE 24807**
Printed Name of Attorney for Debtor(s)

**Goldstein & Pressman, P.C.**
Firm Name

**10326 Old Olive Street Road**
**Saint Louis, MO 63141-5922**

Address

**(314) 727-1717  Fax: (314) 727-1447**
Telephone Number

**January  4, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Ronald W. Moore**
Signature of Authorized Individual

**Ronald W. Moore**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January  4, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Missouri

In re **Moore Jaguar/Aston Martin, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ADP Dealer Services<br>P.O.Box 88921<br>Chicago, IL 60695-1921 | ADP Dealer Services<br>P.O.Box 88921<br>Chicago, IL 60695-1921 | | | 11,349.00 |
| Ameren Missouri<br>PO BOX 66301<br>ST. LOUIS, MO 63166 | Ameren Missouri<br>PO BOX 66301<br>ST. LOUIS, MO 63166 | | | 4,887.09 |
| Anthem Blue Cross<br>220 VIRGINA AVE<br>INDIANAPOLIS, IN 46204 | Anthem Blue Cross<br>220 VIRGINA AVE<br>INDIANAPOLIS, IN 46204 | | | 6,715.84 |
| Autotrader<br>PO BOX 932207<br>ATLANTA, GA 31193-2207 | Autotrader<br>PO BOX 932207<br>ATLANTA, GA 31193-2207 | | | 3,300.00 |
| Chase Auto Finance<br>Payoff Dept TX1-1300 14800 FRYE RD<br>FORT WORTH, TX 76155 | Chase Auto Finance<br>Payoff Dept TX1-1300 14800 FRYE RD<br>FORT WORTH, TX 76155 | | | 25,089.39 |
| Clean<br>PO BOX 840140<br>KANSAS CITY, MO 64184-0140 | Clean<br>PO BOX 840140<br>KANSAS CITY, MO 64184-0140 | | | 4,247.77 |
| District No 9 Pension<br>12365 ST CHARLES ROCK RD<br>BRIDGETON, MO 63044 | District No 9 Pension<br>12365 ST CHARLES ROCK RD<br>BRIDGETON, MO 63044 | | | 4,733.44 |
| District No 9 Welfare<br>12365 ST CHARLES ROCK RD<br>BRIDGETON, MO 63044 | District No 9 Welfare<br>12365 ST CHARLES ROCK RD<br>BRIDGETON, MO 63044 | | | 7,040.00 |
| Enterprise Leasing Inc.<br>10144 PAGE AVE<br>ST LOUIS, MO 63132 | Enterprise Leasing Inc.<br>10144 PAGE AVE<br>ST LOUIS, MO 63132 | | | 23,380.22 |
| First Community Credit Union<br>Payoff Dept P.O.BOX 1030<br>CHESTERFIELD, MO 63006 | First Community Credit Union<br>Payoff Dept P.O.BOX 1030<br>CHESTERFIELD, MO 63006 | | | 31,615.01 |
| Froeschner Creative LLC<br>111 WESTPORT PLAZA<br>ST LOUIS, MO 63146 | Froeschner Creative LLC<br>111 WESTPORT PLAZA<br>ST LOUIS, MO 63146 | | | 10,067.42 |

B4 (Official Form 4) (12/07) - Cont.

In re **Moore Jaguar/Aston Martin, Inc.**          Case No.
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Hartog Oil<br>6746 ROMISS CT<br>ST LOUIS, MO 63134 | Hartog Oil<br>6746 ROMISS CT<br>ST LOUIS, MO 63134 | | | 3,490.64 |
| Jaguars Land Rover North America LLC<br>555 MACARTHUR BLVD<br>MAHWAH, NJ 07430 | Jaguars Land Rover North America LLC<br>555 MACARTHUR BLVD<br>MAHWAH, NJ 07430 | | | 140,699.00 |
| Ladue News<br>PO BOX 790099<br>ST. LOUIS, M0 63179-0099 | Ladue News<br>PO BOX 790099<br>ST. LOUIS, M0 63179-0099 | | | 4,000.00 |
| McCarthy Leonard & Kaemmerer<br>400 S WOODSMILL RD SUITE 250<br>CHESTERFIELD, MO 63017 | McCarthy Leonard & Kaemmerer<br>400 S WOODSMILL RD SUITE 250<br>CHESTERFIELD, MO 63017 | | | 3,201.00 |
| Metrogistics<br>1141 SOUTH 7TH ST ST. LOUIS MO<br>ST. LOUIS, MO 63104 | Metrogistics<br>1141 SOUTH 7TH ST ST. LOUIS MO<br>ST. LOUIS, MO 63104 | | | 3,430.00 |
| PDP Group Inc<br>PO BOX 64114<br>BALTIMORE, MD 21264-4114 | PDP Group Inc<br>PO BOX 64114<br>BALTIMORE, MD 21264-4114 | | | 5,553.00 |
| St Louis Business Journ<br>PO BOX 36188<br>CHARLOTTE, NC 28236-6188 | St Louis Business Journ<br>PO BOX 36188<br>CHARLOTTE, NC 28236-6188 | | | 5,100.00 |
| St. Louis Post Dispatch<br>PO BOX 790099<br>ST LOUIS, M0 63179-0099 | St. Louis Post Dispatch<br>PO BOX 790099<br>ST LOUIS, M0 63179-0099 | | | 4,945.00 |
| Uniparts Services America Inc.<br>85 CHESTNUT RIDGE RD<br>MONTVALE, NJ 07645 | Uniparts Services America Inc.<br>85 CHESTNUT RIDGE RD<br>MONTVALE, NJ 07645 | | | 74,363.45 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 4, 2011**          Signature **/s/ Ronald W. Moore**
                                                **Ronald W. Moore**
                                                **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Missouri

In re   **Moore Jaguar/Aston Martin, Inc.**                                   Case No.
                                                Debtor(s)                     Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **20,000.00** |
   | Prior to the filing of this statement I have received | $ **20,000.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify):   **Advance Deposit from RWM Properties I LLC, owned by Ronald W. Moore**

3. The source of compensation to be paid to me is:

   ☐ Debtor   ■ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **Debtor has agreed to pay our hourly fees based upon our usual and customary hourly rate**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **January 4, 2011**                **/s/ Steven Goldstein ARN**
                                            **Steven Goldstein ARN 24807MO & MBE 24807**
                                            **Goldstein & Pressman, P.C.**
                                            **10326 Old Olive Street Road**
                                            **Saint Louis, MO 63141-5922**
                                            **(314) 727-1717   Fax: (314) 727-1447**

## United States Bankruptcy Court
### Eastern District of Missouri

In re    **Moore Jaguar/Aston Martin, Inc.**                              ,     Case No. _____

                                          Debtor

                                                                                Chapter                **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Ronald W. Moore** <br> **14116 Manchester Road** <br> **Ballwin, MO 63011** | **Common Stock** | **100% of issued and outstanding** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January  4, 2011**                         Signature  **/s/ Ronald W. Moore**
                                                                **Ronald W. Moore**
                                                                **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                          18 U.S.C §§  152 and 3571.

    **0**       continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Missouri

In re   **Moore Jaguar/Aston Martin, Inc.**                                      Case No.
                                    Debtor(s)                                    Chapter     **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __8__ page(s) and is true, correct and complete.

**/s/ Ronald W. Moore**
**Ronald W. Moore**/**President**
Signer/Title

Dated:   **January 4, 2011**

ADP Dealer Services
P.O.Box 88921
Chicago, IL 60695-1921

Air Comfort
11920 Missouri Bottom Rd
Hazelwood, MO 63042

Airgas Mid America
PO Box 802615
Chicago, IL 60680-2615

Allied Business
PO Box 7522
Clearwater, FL 33758-7522

Alloy Wheel Repair
1921-A SW 40 Hwy
Blue Springs, MO 64015

ALLY
PO Box 669307
Charlotte, NC 28266

Ameren Missouri
PO BOX 66301
ST. LOUIS, MO 63166

American Burglary & Fire Inc.
507 RUDDER RD
FENTON, MO 63026

Anthem Blue Cross
220 VIRGINA AVE
INDIANAPOLIS, IN 46204

Anthony Lawrence
305 RIES CT
BALLWIN, MO 63021

APAIE Health
PO BOX 955060
ST. LOUIS, MO 63195-5060

Aschinger Electric
PO BOX 790379
ST. LOUIS, MO 63179-0379

AT&T
PO BOX 5001
CAROL STREAM, IL 60197-5001

Auto Pros
1200 NE 57TH TERRACE
GLADSTONE, MO 64118

Autotrader
PO BOX 932207
ATLANTA, GA 31193-2207

Bensussen Deutsch
PO BOX 749856
LOS ANGELES, CA 90074-9856

Bestouch
3 VALLEY PARK RD
VALLEY PARK, MO 63088

BG Services
PO BOX 410
REPUBLIC, MO 65738

Blue Chip
1623 HEADLAND DR
FENTON, MO 63026-2836

BMI
14323 SOUTH OUTER FORTY
CHESTERFIELD, MO 63017

BP Lubricants USA Inc.
12276 COLLECTIONS CTR DR
CHICAGO, IL 60693

Carfax Inc.
16630 COLLECTION CTR DR
CHICAGO, IL 60693

Chase Auto Finance
Payoff Dept TX1-1300 14800 FRYE RD
FORT WORTH, TX 76155

Chesterfield Valley
16825 N OUTER 40
CHESTERFIELD, MO 63005

Clean
PO BOX 840140
KANSAS CITY, MO 64184-0140

Cliff's Towing
330 FENTON VIEW DR
FENTON, MO 63026

Conocophillips
PO BOX 19107
HOUSTON, TX 77224-9107

Coventry West
2101 RANDALL RD
LITHONIA, GA 30058

Crest Industries
231 LARKIN WILLIAMS IND CT
FENTON, MO 63026-2412

Data Source
1400 UNIVERSAL AVE
KANSAS CITY, MO 64184-2140

Dealer Tire
3711 CHESTER AVENUE
CLEVELAND, OH 44114

Dealer Track
PO BOX 6129
NEW YORK, NY 10249-6129

Dents Express
13836 MANCHESTER RD
ST. LOUIS, MO 63011

District No 9 Pension
12365 ST CHARLES ROCK RD
BRIDGETON, MO 63044

District No 9 Welfare
12365 ST CHARLES ROCK RD
BRIDGETON, MO 63044

Dr. Vinyl
840 JUDY LANE
WASHINGTON, MO 63090

Eagle Automotive West
1000 CAMERA AVE SUITE D
ST. LOUIS, MO 63125

ELCO Chevrolet
15110 MANCHESTER RD
BALLWIN, MO 63011

Enterprise Leasing Inc.
10144 PAGE AVE
ST LOUIS, MO 63132

Fast Track Auto Transport
2159 SALINE RD
FENTON, MO 63026

FEDEX
PO BOX 94515
PALATINE, IL 60094-4515

First Community Credit Union
Payoff Dept P.O.BOX 1030
CHESTERFIELD, MO 63006

Froeschner Creative  LLC
111 WESTPORT PLAZA
ST LOUIS, MO 63146

Great American Leasing Corp
PO BOX 660831
DALLAS, TX 75266-0831

Griesedieck Vending Services
10745 MIDWEST IND BLVD
ST. LOUS, MO 63132

Hartog Oil
6746 ROMISS CT
ST LOUIS, MO 63134

Interior Magic
PO BOX 15039
SURFSIDE BEACH, SC 29587

Internal Revenue Service
PO BOX 7346
PHILADELPHIA, PA 19101-7346

Interstate Battery
13602 NW IND. CIRCLE
BRIDGETON, MO 63044

Jaguars Land Rover North America LLC
555 MACARTHUR BLVD
MAHWAH, NJ 07430

JAN-PRO Cleaning Systems of St.Louis
1001 CRAIG # 190
CREVE COEUR, MO 63146

JS Express
PO BOX 88
ST. LOUIS, MO 63166

Laclede Gas
DRAWER 2
ST. LOUIS, MO 63171

Ladue News
PO BOX 790099
ST. LOUIS, M0 63179-0099

Local 777
12365 ST CHARLES ROCK
BRIDGETON, MO 63044

Local 777
12365 ST CHARLES ROCK RD
BRIDGETON, MO 63044

M & I Bank
13205 MANCHESTER RD
ST. LOUIS, MO 63131

McCarthy Leonard & Kaemmerer
400 S WOODSMILL RD SUITE 250
CHESTERFIELD, MO 63017

Metrogistics
1141 SOUTH 7TH ST ST. LOUIS MO
ST. LOUIS, MO 63104

Midwest Bank Centre
17050 BAXTER RD
CHESTERFIELD, MO 63005

Mikel Perry
3114 AUTUMN SHORES D
MARYLAND HGTS, MO 63043

Missouri Dept. of Revenue
C/O BANKRUPTCY
PO BOX 475
JEFFERSON CITY, MO 65105-0475

Mitel
PO BOX 53230
PHOENIX, AZ 85072-3230

MSD
P.O. BOX 437
ST. LOUIS, MO 63166-0437

Muzak LLc
PO BOX 71070
CHARLOTTE, NC 28272-1070

NADA
DEPARTMENT 6000
WASHINGTON, DC 20042-6000

Neopost
PO BOX 45800
SAN FRANCISCO, CA 94145-0800

Office Depot
PO BOX 689020
DES MOINES, IA 50368-9020

On Line Administrators Inc.
PO BOX 4539
CHATSWORTH, CA 91311

PDP Group Inc
PO BOX 64114
BALTIMORE, MD 21264-4114

Professional Dent Repair
17118 CAMBURY LANE
WILDWOOD, MO 63040

Quality Glass
232 VANCE ROAD
ST. LOUIS, MO 63088

Ronald W. Moore
14116 Manchester Road
Ballwin, MO 63011

Royal Gate Dodge
15502 MANCHESTER RD
ELLISVILLE, MO 63011

RWM Properties I
14116 MANCHESTER RD
BALLWIN, MO 63011

Show Me Auto Body
118 EAST UNION ST
PACIFIC, MO 63069

Spx Service Solution
PO BOX 406799
ATLANTA, GA 30384-6799

St Louis Business Journ
PO BOX 36188
CHARLOTTE, NC 28236-6188

St. Louis Post Dispatch
PO BOX 790099
ST LOUIS, M0 63179-0099

Stonegate Auto Parts Inc.
#10 STONEGATE CENTER
VALLEY PARK, MO 63088

Tasc
PO BOX 7098
MADISON, WI 53707-7098

Taylor, Charles
620 DENNISON DR
BALLWIN, MO 63021

Team I Auto Body & Glass
PO BOX 2007
FLORISSANT, MO 63033-2007

Teamsters Local 618
9040 LACKLAND RD
ST. LOUIS, MO 63114

Terrys Jaguar Parts
5850 STADIUM DRIVE
KALAMAZOO, MI 49009

The Newsmagazine
355 OZARK TRAIL DR STE 1
ELLISVILLE, MO 63011

The Wasinger Law Grp
1401 BRENTWOOD BLVD #550
ST. LOUIS, MO 63144

Uautobee.com
121 CIVIC CTR DR STE 169
LAKE ST. LOUIS, MO 63367

Uniparts Services America Inc.
85 CHESTNUT RIDGE RD
MONTVALE, NJ 07645

Universal Business
4344 RIDER TRAIL NORTH
EARTH CITY, MO 63045

UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577

US BANK RESERVE
PO BOX 2188
OSHKOSH, WI 54903-2188

Verizon Business
PO BOX 371392
PITTSBURGH, PA 15250-7392

Virtual Realty Enterprises, L.L.C.
100 S. BRENTWOOD BLVD., SUITE 240
SAINT LOUIS, MO 63105

Wagner, Robert
8125 EDENBROOK DR
DARDENNE PRAIRIE, MO 63368

Walco Vinyl
11252 MIDLAND BLVD
ST. LOUIS, MO 63114

Warrensign
2955 ARNOLD TENBROOK
ARNOLD, MO 63010

Waste Management
PO Box 9001054
Louisville, KY 49290

Welsh Enterprise
PO Box 413
STEUBENVILLE, OH 43952

West End Radiator Inc.
15605 Manchester Rd
Ellisville, MO 63011

Worldwide Express
130 S Bemiston Ave
St. Louis, MO 63105

# United States Bankruptcy Court
### Eastern District of Missouri

In re  **Moore Jaguar/Aston Martin, Inc.**                        Case No.
                                    Debtor(s)                     Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Moore Jaguar/Aston Martin, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **January 4, 2011** | **/s/ Steven Goldstein ARN** |
| Date | **Steven Goldstein ARN 24807MO & MBE 24807** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Moore Jaguar/Aston Martin, Inc.** |
| | **Goldstein & Pressman, P.C.** |
| | **10326 Old Olive Street Road** |
| | **Saint Louis, MO 63141-5922** |
| | **(314) 727-1717 Fax:(314) 727-1447** |